IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: |
| MARK CHAMBERLAIN, a/k/a "Mark Chambers" | : | VIOLATIONS: 18 U.S.C. §§ 922(g)(1), 924(e) (felon in possession of a firearm - 1 count) |
| | : | 26 U.S.C. §§ 5861(d), 5845, 5871 |
| | : | (possession of firearm not registered in the National Firearms Registration and |
| | : | Transfer Record – 1 count) Notice of forfeiture |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about April 22, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MARK CHAMBERLAIN,**
**a/k/a "Mark Chambers,"**

knowing that he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, at least one of the following: a Smith and Wesson model 36, .38 caliber revolver, bearing serial number 8J8203, loaded with five live rounds of .38 caliber ammunition; and a Remington model SB, 12-gauge sawed-off shotgun, bearing serial number 1414058; and the firearms were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(e)(1).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 22, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MARK CHAMBERLAIN,**
a/k/a "Mark Chambers,"

knowingly possessed a firearm with a barrel of less than 18 inches in length, that is, a Remington model SB, 12-gauge sawed-off shotgun, bearing serial number 1414058, not registered to defendant CHAMBERLAIN in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5861(d), 5845, and 5871.

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violations of Title 18, United States Code, Section 922(g)(1), and Title 26, United States Code, Section 5861(d), set forth in this indictment, defendant

**MARK CHAMBERLAIN,**
a/k/a "Mark Chambers,"

shall forfeit to the United States of America the firearm and ammunition involved in the commission of this offense, including, but not limited to:

(1) A Smith and Wesson model 36, .38 caliber revolver, bearing serial number 8J8203;

(2) Five live rounds of .38 caliber ammunition; and

(3) A Remington model SB, 12-gauge sawed-off shotgun, bearing serial number 1414058.

All pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Section 924(d), and Title 26, United States Code, Section 5872.

A TRUE BILL:

_____
FOREPERSON

*[signature]*
**WILLIAM M. McSWAIN**
*United States Attorney*

No._____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

**MARK CHAMBERLAIN**
a/k/a "Mark Chambers"

INDICTMENT

18 U.S.C. §§ 922(g)(1), 924(e) (felon in possession of a firearm - 1 count)
26 U.S.C. §§ 5861(d), 5845, 5871 (possession of firearm not registered in the National Firearms Registration and Transfer Record – 1 count)
Notice of forfeiture

A true bill.



Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____ Clerk

Bail, $ _____