# EXHIBIT A

# Commonwealth of Pennsylvania
## CITY AND COUNTY OF PHILADELPHIA

ss:

**APPLICATION FOR SEARCH WARRANT AND AFFIDAVIT**

**WARRANT CONTROL NO.** 212248

| Name and Affiant | Badge No. | District/Unit |
|---|---|---|
| P/O Bogan | 3358 | NFU |

being duly sworn (or affirmed) before me according to law, deposes and says that there is probable cause to believe that certain property is evidence of or the fruit of a crime or is contraband or is unlawfully possessed or is otherwise subject to seizure, and is located at particular premises or in the possession of particular person as described below.

**ISSUED TO DIST./UNIT:** Narcotics
**DATE OF APPLICATION:** 4-21-19

**IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED** (Be as specific as possible):
CRACK COCAINE, PARA, USC, WEAPONS, PROCEDDS FROM THE ILLEGAL SALES OF NARCOTICS RECORDS OF THE ILLEGAL SALES OF NARCOTICS, ANY SUBSTANCE UNDER THE PA. CONTROLLE. SUBSTANCE ACT OF 1972........

**SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSONS TO BE SEARCHED** (Street and No., Apt. No., Vehicle, Safe Deposit Box, etc.):
2139 Anchor ST. 2 story row in the city and county of Phila.

**NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED** (If proper name is unknown, give alias and/or description):
Reg Owner: Jean Paul Gulle Voter's check showed a James Rose. Target B/M wearing all black med to dark compl. med build

**VIOLATION OF** (Describe conduct or specify statute):
VIOLATION OF THE A. CONTROLLED SUBSTANCE ACT OF 1972

**YEAR/DIST./COMPLAINT NO.** 19-15--35886
19-NFU-0381

**PROBABLE CAUSE BELIEF IS BASED ON THE FOLLOWING FACTS AND CIRCUMSTANCES** (See special instructions below):

REFER TO PROBABLE CAUSE SECTION OF THIS WARRANT ***

ATTACH ADDITIONAL PAPER (75-51) IF NECESSARY    XX CHECK HERE IF ADDITIONAL PAPER IS USED
PLEASE SEE REVERSE SIDE OF THIS PAGE FOR INSTRUCTIONS

**SIGNATURE OF AFFIANT:** P/O Bogan  **BADGE NO.** 3358  **DIST./UNIT** NFU

Sworn to (or affirmed) and subscribed before me this 22ND day of April 20 19

**COURT LOCATION:** CJC-1301

Date Commission Expires 2021  (SEAL) (Signature of Issuing Authority)

**DATE AND TIME OF SEARCH:** 4.22.19 4:30 P.M.
**ARREST:** Yes
**JUDGES'S DISPOSITION:** ☐ Disc. ☐ Held for Court ☐ Further Hearing ☐ Fined or Committed
**RESULT OF SEARCH**

**PROPERTY SEIZED:** Yes
DRUGS, Weapons (REVOLVER, SHOT GUN), PARA, USC

**OTHER OFFICERS PARTICIPATING IN SEARCH:** 3212, 1802, 7481, 1731, 7328, 8554, 4053, 9416, 4855, 686, 959

**Signature of Person Seizing Property:** Badge No. 5286

**SIGNATURE OF WITNESS TO INVENTORY:** 8554/246323, SGT PATRICK LOVE  NARCOTICS FIELD UNIT 4B

TO LAW ENFORCEMENT OFFICER: WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the above described premises or person, and to seize, secure, inventory, and make return according to the Pennsylvania Rules of Criminal Procedure, the above described items.

* ☒ This Warrant should be served as soon as practicable but in no event later than 9:49 ☒ A.M. ☐ P.M. APRIL 24TH, 20 19
and shall be served only during daytime hours of 6 A.M. to 10 P.M.
Issued under my hand this 22ND day of April 20 19, at 9:49 A M o'clock. (Issue time must be stated)
(SEAL) _____ (Signature of Issuing Authority)

** ☐ This warrant should be served as soon as practicable but in no event later than _____ ☐ A.M. ☐ P.M. _____, 20 _____.
and may be served anytime during day or night.
Issued under my hand this _____ day of _____, 20 _____, at _____ M o'clock. (Issue time must be stated)
(SEAL) _____ (Signature of Issuing Authority)

Court location CJC
Date Commission Expires 2021    Title of Issuing Authority A.C.M.

*The issuing authority should specify a date not later than two (2) days after issuance. Pa. R. Crim. P. 2005(d).
**If issuing authority finds reasonable cause for issuing a nighttime warrant on the basis of additional reasonable cause set forth in the accompanying affidavit and wishes to issue a nighttime search warrant, only this section shall be completed. Pa. R. Crim. 2006(b).

75-175 (Rev. 4/14)    ORIGINAL APPLICATION - RETAINED BY AFFIANT

**INVESTIGATION REPORT**                                                                 PHILADELPHIA POLICE DEPARTMENT

| YEAR | DISTRICT OF OCCURANCE | DC NUMBER | REPORT TYPE | | | | DISTRICT | | SECTOR |
|---|---|---|---|---|---|---|---|---|---|
| 0 | | | INITIAL (49) | | Sheet | of | | | |

| PREVIOUS CLASSIFICATION | CODE | INVESTIGATING OFFICER | BADGE | PAYROLL | DIST / UNIT PREPARING | CODE | REPORT DATE |
|---|---|---|---|---|---|---|---|

| CLASSIFICATION | CODE | PLACE OF OCCURRENCE | | | J.A.D. INVESTIGATIONS ☐ Male  ☐ Female | Juvenile Offenders  ☐ Adult Offenders |
|---|---|---|---|---|---|---|

| COMPLAINANT (USE FIRM NAME) | AGE | RACE WHITE | SEX MALE |
|---|---|---|---|

| COMPLAINANT ADDRESS | COMPLAINANT PHONE ###-###-#### |
|---|---|

| TYPE OF PREMISES | DATE REPORTED | TIME REPORTED | REPORTED BY | ADDRESS |
|---|---|---|---|---|

| DATE OF OCCURRENCE | DAY CODE | TIME | FOUNDED ☐ Yes ☐ No | STATUS 1.☐ Active  2.☐ Inactive - not cleared | 3.☐ Arrest - cleared  4.☐ Exceptionally cleared | UNIT 0 |
|---|---|---|---|---|---|---|

| STOLEN PROPERTY 1. Currency, Bonds, etc. | PROPERTY VALUE $ | RECOVERED VALUE $ | INSURED ☐ Yes ☐ No | OCCURRENCE ☐ Inside ☐ Outside |
|---|---|---|---|---|

**CONTINUATION OF PROBABLE CAUSE FOR SEARCH & SEIZURE WARRANT #212248**

**CERTIFIATION OF COMPLIANCE**

**I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA: CASE RECORDS OF THE APPELLATE AND TRIAL COURTS THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFRENTLY THAT NON – CONFIDENTIAL INFORMATION AND DOCUMENT.**

On Monday 4-15-19 P/O's Mangold #4477 and Winscom #7625 of Criminal Intelligence Unit passed along the following information of a B/M named Ron selling drugs using a cell phone number of 215-609-7495 around the area of Anchor and Torresdale ave (recent Homicide at this location on 4-11-19), also possibly related to the homicide sat 4800 Benner ST as well on this same date.

On 4-16-19 the following officers went to the area of Anchor and Torresdale ave. P/O's Galazka (204032),Brown (215589),Sumter(215615),Eleazer(215629) Sgt. Love (246323), Lt. Muldoon (185525)

On this date between the hours of 1p and 4p P/O Bogan (203185) and DeVeaux (221380) met with C/I #1417. P/O Bogan searched the C/I for any Illegal contraband and USC with negative results.

P/O Bogan dialed the following number 215-605-7495, the phone rang and was answered by a male's voice and turned over to the C/I. There was a one sided conversation and the location of 5400 Torresdale Ave was picked out, and the phone call was ended.

P/o Bogan then deployed his back up officers into the area, P/O Bogan gave the C/I $40.00prbm, and the C/I exited the officers vehicle.

While the C/I waited and Nissan Quest arrived on location with P.A tag#KYZ-0624 operated by a B/M, this vehicle stopped and the C/I entered the vehicle for apprx. 1 minute then exited and back up officers followed this Nissan Quest.

The C/I got back into P/O Bogan and DeVeaux's vehicle and turned over 2 clear z/l pkts cont. crack/cocaine.

P/o Bogan searched the C/I for any additional contraband with negative results.

| SIGNATURE | SIGNATURE | SIGNATURE |
|---|---|---|

75-49  (Rev. 12/95)

| INVESTIGATION REPORT | | | PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|---|---|
| YEAR | DISTRICT | DC NUMBER | CONTROL NUMBER | PAGE 2 |

While back up officers followed the Nissan Quest( Galazka, Eleazer, Sumter, Brown, Love, Muldoon), this vehicle parked in the area of Anchor and Tulip St. and parked this vehicle on the corner while back up officers attempted to conduct a surveillance on this vehicle and when they circled the block the vehicle was unoccupied.

P/O Galazka conducted a BMV and the vehicle was registered to a Mark Chamberlain at 1235 S 58th St.

P/O Bogan conducted a Nik test G on a sample and the results were positive for Cocaine base and placed on PR#3393659
On Wednesday 4-17-19 At approx.. 5:30a P/O Bogan and DeVeaux went to the area of 1200 S 58th St to look for the Nissan Quest. The vehicle was not on location.

On Thursday 4-18-19 P/o Bogan and DeVeaux met with the C/I #1417. P/O Bogan checked the C/I for any Illegal contraband and USC with negative results.

P/O Bogan and DeVeaux did go to the area of Anchor and Tulip to see if the Nissan Quest was parked with negative results.

Between the hours of 11a and 3p P/O Bogan dialed the number of 215 609-7495 and once again the phone rang and was answered by a male's voice, and then turned over to the C/I. There was a one sided conversation and the phone call was ended.

At this time the following officers were in the area P/o Galazka, Eleazer, and Lt. Muldoon.

P/O Bogan gave the C/I $40.00prbm and took the C/I to 5400 Torresdale ave. along with P/O DeVeaux on foot.

After appx. 5 minutes a B/M wearing all black with his hood up came walking onto the 2100 Blk of Sanger St.(walking W/B from Tulip St.)
This male made a hand motion to the C/I with his right hand, and the C/I approached this male, and handed him the $40.00prbm, and this male handed the C/I a item in a hand to hand exchange.

This male walked N/B thru the driveway then E/B on 2100 Carver ST with DeVeaux on foot following this male.

The C/I got into P/O Bogan's vehicle and turned over 2 loose chunks of crack/cocaine. At this time P/O Bogan was in constant communication with P/O DeVeaux, and was providing the direction out to his back up officers.

P/o Bogan went E/B on the 2100 Blk of Anchor ST and observed the target walking W/B then this male crossed over and with keys opened the front door of a property (2139)and entered the location.

P/O Bogan then picked up P/O DeVeaux. P/O Bogan checked the C/I for any additional contraband with negative results.

P/O Galazka and Eleazer and based on the description of the property they obtained the address of 2139 E Anchor ST.

P/O Bogan and DeVeaux went by the location of 2100 E Sanger St and observed the Nissan Quest parked in front of 2139 E Anchor ST.

P/O Bogan conducted a NIK test G and the results were positive for cocaine and placed on PR#3393664

| SIGNATURE | SIGNATURE | SIGNATURE |
|---|---|---|
| | | |

75-49  (Rev. 12/95)

| INVESTIGATION REPORT | | | PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|---|---|
| YEAR | DISTRICT | DC NUMBER | CONTROL NUMBER | PAGE 3 |

A real estate check showed Jean Paul Gulle owned the property and a James Rose was registered to vote.

C/I #1417 has been used in past investigations which have resulted in the arrest and seziuers DC# upon request.

P/O Bogan has been a POLICE OFFICER for over 29 years, P/O Bogan was assigned to the Narcotics Division in May of 1999 then transferred out in July of 2011 then transferred back into the Narcotics Division in July of 2012 and has been involved in numerous investigations where the persons selling Narcotics will drive around and make deliveries to potential buyers to make it harder on Law Enforcement to track and follow them back to their residence where they may store additional narcotics, weapons, and proceeds from their Illegal sales of Narcotics. P/O Bogan's experience with the drug delivery service is that the persons selling the Narcotics give out their cell phone number to potential customer's, these persons would then drive around and meet their potential buyers, to eliminate the constant flow of persons knocking on their front door, and not being obvious to Law enforcement or neighbors. These persons will drive around all day making deliveries, also to avoid being followed by Law Enforcement.

Based on the above circumstances your affiant believes that illegal narcotics are being stored and distributed from inside the Residence of 2139 E Anchor St. Respectfully Request a Day Time search and seizure warrant for this Property.

P/O _____ NFU
SIGNATURE OF AFFIANT BADGE/UNIT

SWORN TO (OR AFFIRMED) BEFORE ME THIS
22nd DAY OF APRIL 2019
SIGNATURE OF ISSUING AUTHORITY

| SIGNATURE | SIGNATURE | SIGNATURE |
|---|---|---|

75-49 (Rev. 12/95)