# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL ACTION** |
| v. : | |
| : | **NO. 20-362** |
| **MARK CHAMBERLAIN** : | |

## ORDER

**AND NOW**, this 11th day of February, 2022, upon consideration of Defendant Mark Chamberlain's Motion to Suppress Physical Evidence and Statements (Doc. No. 19), the Government's Response (Doc. No. 20), Defendant's Supplement to His Motion to Suppress (Doc. No. 43), and the Government's Supplemental Response (Doc. No. 46), and following a Suppression Hearing, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_/s/ Mitchell S. Goldberg_
**MITCHELL S. GOLDBERG,   J.**